# COCHRAN WHOLESALE PHARMACEUTICALS, INC.

1304 SOUTH BROAD STREET
MONROE, GA 30655-1170

BIO FREEZE DEALER | **SPENCER SEAY**

LOCAL PHONE | **SALES REP:** | GA & NAT'L WATS
(770) 267-7701 | FAX: 1 (800) 421-9105 | 1 (800) 241-7886

| GENERIC | PRICE/UNITS | MANUFACTURER |
|---|---|---|
| PLAQUENIL 200MG/500 | $699.99 | |
| ESTRATEST HS AND DS/100 | $79.99 | |
| DIOVAN 80MG/90 | $19.99 | |
| DIOVAN 160MG/90 | $23.99 | |
| PRILOSEC 20MG/1000 | $34.99 GET 4 X | 100 COUNTS FREE |
| ZOCOR 40MG/1000 | $24.95 | |
| SEROQUEL 200MG/1000 | $109.99 | |
| 24 X FLONASE SPRAY | $71 76 | EXP 7/15 |

Pravachol 20mg/90   #18⁹⁵

Pravachol 40mg/500  #148⁹⁹

Zanaflex 4mg/1000   #149⁹⁹


Spencer