IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS.
EAST ST. LOUIS

| | |
|---|---|
| CAMP DRUG STORE, INC., an Illinois Corporation, individually and as the representative of a class of similarly-situated persons,<br>                              Plaintiff,<br><br>                v.<br><br>COCHRAN WHOLESALE PHARMACEUTICAL, INC., and JOHN DOES 1-12<br>                              Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 16-CV-488<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

MOTION FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of CAMP DRUG STORE, INC.

In Support of this motion, I state:

1.     I am attorney licensed to practice law and a member in good standing in the State of Arkansas. The State bar number for Arkansas is 98105. I am licensed to practice law and an inactive member in good standing for the State of Texas. The State bar number for Texas is 24028058. I am a member and in good standing for the United States District Courts for the Eastern and Western District of Arkansas, The Eastern District of Michigan, and  the

Northern District of Texas. I am a member in good standing for the Supreme Court of Arkansas.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: December 2, 2016    /s/ Randall K. Pulliam
Randall K. Pulliam
Carney Bates & Pulliam, PLLC
519 West 7th Street
Little Rock, AR 72201
(501) 312-8500 – T
(501) 312-8505 – F
rpulliam@cbplaw.com