**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS**

CAMP DRUG STORE, INC., and ARCARE on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

                                    Case No.: 3:16-cv-00488-SMY-RJD

COCHRAN WHOLESALE PHARMACEUTICAL, INC., and JOHN DOES 1-12,

    Defendants.

**AMENDED ORDER PRELIMINARILY APPROVING SETTLEMENT
AND CERTIFYING SETTLEMENT CLASS**

This matter coming before the Court on the "Motion for Preliminary Approval of Class Action Settlement and Notice to the Settlement Class" (the "Motion"), after review and consideration of the Parties' Settlement Agreement and having been fully advised in the premises, IT IS HEREBY ORDERED and adjudged as follows:

    1.    By stipulation of the Parties, and pursuant to Federal Rule of Civil Procedure 23, the Court preliminarily certifies the following Settlement Class: "All persons to whom Cochran Wholesale Pharmaceutical, Inc. sent a facsimile promoting its goods or services between April 19, 2012 and November 1, 2016." The Parties expressly agreed to this Settlement Class definition for settlement purposes. Excluded from the Settlement Class are (a) the Defendant and its present and former officers, directors, employees and their successors, heirs, assigns, and legal representatives; and (b) the Court and its officers.

    2.    The Court finds that class certification is appropriate because (a) the Settlement Class is so numerous that joinder of all members is impractical, (b) there are common questions

of law and fact that predominate over any questions affecting only individual class members, (c) Plaintiffs will fairly and adequately protect the interests of the Settlement Class, and (d) a class action is an appropriate method for the fair and efficient adjudication of this controversy.

3. The Court appoints plaintiffs, Camp Drug Store, Inc. and ARcare (collectively, "Plaintiffs"), as the "Class Representatives" and appoints Phillip A. Bock of Bock, Hatch, Lewis & Oppenheim, LLC and Randall K. Pulliam of Carney Bates & Pulliam as "Class Counsel."

4. Pursuant to Federal Rule of Civil Procedure 23, the settlement of this action, as embodied in the terms of the Settlement Agreement, is preliminarily approved.

5. The Settlement Agreement is incorporated by reference into this Order (with capitalized terms as set forth in the Settlement Agreement) and is hereby preliminarily adopted as an Order of this Court.

6. The Settlement Agreement proposes notice to the Settlement Class by facsimile, U.S. Mail to class members to whom facsimile notice is unsuccessful, and by maintaining a settlement website. The Court finds that such notice satisfies the requirements of due process and Federal Rule of Civil Procedure 23. The plan is approved and adopted. The Court orders that the Parties provide the notice to the Settlement Class as proposed in the Settlement Agreement. The Court approves the form of the Notice as contained in Exhibit 2 to the Settlement Agreement. The Court also approves Class-Settlement.com as the Settlement Administrator.

7. The Court hereby sets deadlines and dates for the acts and events set forth in the Settlement Agreement and directs the Parties to incorporate the deadlines and dates in the Class Notice:

    (a) The Notice shall be sent by the Settlement Administrator within ten (10) days of this Order;

    (b)    The Settlement Administrator shall provide notice to the Settlement Class pursuant to the notice plan contained in Exhibit 2 to the Settlement Agreement by January 6, 2017;

    (c)    Requests by any Settlement Class member to opt out of the settlement must be submitted to Class Counsel (with a copy to Defendant's Counsel) on or before March 5, 2017, or be forever barred; and

    (d)    Objections and motions to intervene, including supporting memoranda, shall be filed in this Court and postmarked and served on Class Counsel and Defendant's counsel, on or before March 5, 2017, or be forever barred;

    (e)    The Motion for Final Approval of Class Action Settlement shall be filed on or before March 20, 2017.

8.    The final approval hearing, set forth in the Class Notice, is hereby scheduled for April 19, 2017, at 1:30 p.m. in Benton, Illinois.

**IT IS SO ORDERED.**

**DATED:  December 7, 2016**

                                                  **s/ Staci M. Yandle**
                                                  **STACI M. YANDLE**
                                                  **United States District Judge**