**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **CAMP DRUG STORE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-v-** | ) | **Case No. 16-CV-488-SMY-RJD** |
| | ) | |
| **COCHRAN WHOLESALE PHARMACEUTICAL, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MINUTES OF FINAL FAIRNESS HEARING

**PRESIDING: Hon. Staci M. Yandle, US District Judge**

**DATE:** April 19, 2017 **PLACE:** Benton, Illinois

**COURT REPORTER:** Chris Dohack

**COURTROOM DEPUTY:** Stacie Hurst

**COUNSEL FOR PLAINTIFF:** David Oppenheim, Phillip Bock, Randall Pulliam

**COUNSEL FOR DEFENDANT:** Cindy Hanson

**TIME:** 45 minutes

---

Counsel for parties appear in open court. This matter is called for a Final Fairness Hearing.

The Court notes that according to the affidavit from the administrator, all putative class members received notice, no objections were filed and 12 opt-outs were received. The Court approves settlement and awards reasonable attorney's fees, costs and incentive payments. A written Order will issue.